# EXHIBIT F

Circuit Court of Maryland

Go Back Now

## Case Information

Court System: **Circuit Court for Baltimore City - Civil System**
Case Number: **24C23004142**
Title:              **YVETTE COOPER vs BALTIMORE GAS AND ELECTRIC COMPANY, et al**
Case Type:     **Other Civil**  Filing Date: **09/25/2023**
Case Status:   **Open/Active**

## Plaintiff/Petitioner Information

(Each Plaintiff/Petitioner is displayed below)
Party Type: **Plaintiff**  Party No.: **1**
Name: **COOPER, YVETTE**
Address: **2301 NORTH CALVERT STREE**
City:       **Baltimore**  State: **MD**  Zip Code: **21218**

*Attorney(s) for the Plaintiff/Petitioner*

Name:              **Jackson, III, Governor E**
Appearance Date: **09/25/2023**
Practice Name:   **Law Offices Of Governor E. Jackson III LLC**
Address:           **400 E Joppa Rd Suite 50**
City:                **Towson**  State: **MD**  Zip Code: **21286**
Name:              **Huskey, Esq, Donald R**
Appearance Date: **09/25/2023**
Practice Name:   **Law Offices Of Donald R. Huskey LLC**
Address:           **9419 Lyonswood Dr.**
City:                **Owings Mills**  State: **MD**  Zip Code: **21117**

## Defendant/Respondent Information

(Each Defendant/Respondent is displayed below)
Party Type: **Defendant**  Party No.: **1**
Business or Organization Name: **BALTIMORE GAS AND ELECTRIC COMPANY**
Address: **2 WISCONSIN CIRCLE #700**
City:       **Chevy Chase**  State: **MD**  Zip Code: **20815**

Party Type: **Defendant**  Party No.: **2**
Business or Organization Name: **WHELAN SECURITY MID-ATLANTIC LLC**
Address: **2405 YORK ROAD, SUITE 201**
City:       **Lutherville Timonium**  State: **MD**  Zip Code: **21093**

## Document Tracking

(Each Document listed. Documents are listed in Document No./Sequence No. order)
Doc No./Seq No.: **1/0**
File Date:           **09/25/2023**  Entered Date: **09/27/2023**  Decision:
Party Type:        **Plaintiff**  Party No.: **1**
Document Name: **Complaint with Request for Jury Trial**

Doc No./Seq No.: **2/0**
File Date:           **09/27/2023**  Entered Date: **09/27/2023**  Decision:
Document Name: **Statement of Costs: INVOICE $20.00 APPEAR FEE ATTORNEY GOVERNOR E. JACKSON**

Doc No./Seq No.: **3/0**
File Date:           **11/09/2023**  Entered Date: **11/09/2023**  Decision:
Party Type:        **Defendant**  Party No.: **1**
Document Name: **Return of Service - Served**
                      **WRIT OF SUMMONS (Private Process) served 10/18/23**

| | |
|---|---|
| Doc No./Seq No.: | **4/0** |
| File Date: | **11/09/2023**  Entered Date: **11/09/2023**  Decision: |
| Party Type: | **Defendant**  Party No.: **2** |
| Document Name: | **Return of Service - Served** |
| | **WRIT OF SUMMONS (Private Process) served 10/18/23** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*