UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| YVETTE COOPER, | * |
| Plaintiff, | * |
| v. | * Case No.: 1:23-cv-03116-JRR |
| BALTIMORE GAS AND ELECTRIC COMPANY, et al., | * |
| Defendants. | * |

**MOTION TO WITHDRAW APPEARANCE
OF ELANA C. TAUB, ESQ.**

Elana C. Taub, Esquire, ("Movant"), pursuant to Local Rule 101.2, seeks leave to withdraw as counsel of record for Defendant, Baltimore Gas and Electric Company ("BGE"), in the above-captioned matter. In support of this Motion, Movant states as follows:

1. Lindsey A. White, Esquire, and Justin T. Liberatore, Esquire of Jackson Lewis, P.C. have entered their appearance as representatives of Defendant BGE in this action and shall remain as counsel of record for Defendant.

2. Neither party will be prejudiced by Movant's withdrawal.

3. Given the facts above, Movant requests to withdraw as counsel of record for Defendant BGE in this matter.

WHEREFORE, for the foregoing reasons, Elana C. Taub, Esquire respectfully requests that this Court grant her Motion to Withdraw Appearance.

Respectfully submitted,

August 16, 2024

_____/ s /_____
Elana C. Taub (Bar No. 22068)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
Tel: (410) 415-2000
Elana.Taub@jacksonlewis.com

*Attorney for Defendant Baltimore Gas and Electric Company*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2024, a copy of the foregoing Motion to Withdraw Appearance of Elana C. Taub, Esq. was electronically filed and thereby served upon:

>Donald R. Huskey
>Law Office of Donald R. Huskey LLC
>9419 Lyonswood Drive
>Owings Mills, MD 21117
>dr.huskey@gmail.com
>
>Governor Jackson, III
>Law Office of Governor Jackson, III, LLC
>400 E. Joppa Road, Suite 50
>Towson, MD 21286
>gjackson@governorjacksonlaw.com
>
>*Attorneys for Plaintiff*
>
>Anessa Abrams
>FordHarrison LLP
>2000 M Street, N.W.
>Suite 505
>Washington, DC 20036
>aabrams@fordharrison.com
>
>*Attorneys for Defendant Whelan Security*
>*Mid-Atlantic LLC d/b/a GardaWorld*
>*Security Services d/b/a GardaWorld*
>
>Lindsey A. White
>Justin T. Liberatore
>JACKSON LEWIS P.C.
>2800 Quarry Lake Drive, Suite 200
>Baltimore, Maryland 21209
>Lindsey.White@jacksonlewis.com
>justin.liberatore@jacksonlewis.com



/ s /
Elana C. Taub

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YVETTE COOPER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 1:23-cv-03116-JRR |
| | * | |
| BALTIMORE GAS AND ELECTRIC COMPANY, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

# **ORDER**

Upon consideration of the Motion to Withdraw Appearance of Elana C. Taub, Esq., it is this _____ day of _____ , 2024, hereby,

ORDERED that the Motion to Withdraw Appearance of Elana C. Taub, Esq. be and is hereby **GRANTED**; and it is further

ORDERED that the appearance of Elana C. Taub, Esq. be withdrawn from the above-captioned matter.

SO ORDERED.

_____
United States District Judge
U.S. District Court for the District of Maryland