IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| YVETTE COOPER, | |
| *Plaintiff,* | |
| v. | Civil No. 1:23-cv-03116-JRR |
| BALTIMORE GAS AND ELECTRIC COMPANY, *et al.*, | |
| *Defendants.* | |

## ORDER

On December 22, 2024, Plaintiff Yvette Cooper filed her Motion for Contempt of Court for Tavon Roberts' Failure to Attend a Deposition Following Proper Service. (ECF No. 52.) In her Motion, Plaintiff asserts that she properly served a subpoena upon Tavon Roberts, commanding his attendance at a deposition on December 16, 2024. (ECF No. 52-2.) Plaintiff requests that the court find Mr. Roberts in contempt of court and issue a warrant for his arrest in order to compel his appearance at a deposition to be held at the United States District Court for the District of Maryland. No response or objection was filed by any party or third party.

It is this 10th day of January 2025,

**ORDERED** that, within 45 days of entry of this order, by written filing to the court (either by filing with the court or via the court's CM/ECF system), Tavon Roberts shall set forth good cause why he should not be held in contempt of court for failure to abide by the subpoena.

Mr. Roberts is advised that following receipt and consideration of his filing described above, or in the event he fails to abide this order, the court will consider whether to conduct a hearing; and the court will not adjudicate Mr. Roberts as a contemnor of this court until such a hearing is held, or Mr. Roberts fails to appear at a hearing, should one be scheduled.

**Within seven (7) days of entry of this order, Plaintiff's counsel shall transmit a copy of this order as well as the Motion at ECF No. 52, including the exhibits attached thereto, to Mr. Roberts by 1) hand delivery; 2) United States First Class Mail; *and* 3) certified mail, restricted delivery, return receipt requested; and counsel shall promptly certify such transmission via CM/ECF filing.**

/s/ _____

Julie R. Rubin
United States District Judge