## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

YVETTE COOPER,

        Plaintiff,

    v.

BALTIMORE GAS and ELECTRIC
COMPANY, *et al.*

        Defendant.

Case No. 1:23-CV-03116-JRR

## CERTIFICATION REGARDING DOCUMENTS SENT TO
## CHANGE HEALTH SYSTEMS

Defendant, Baltimore Gas and Electric Company, by and through undersigned counsel, hereby certify that copies of the following documents have been sent to Change Health Systems, Inc. pursuant to the Court's Order:

1. ECF No. 65, BGE's Motion for Order to Show Cause as to Why Change Health Systems Should Not be Held in Contempt for Failure to Comply with Subpoena Duces Tecum and supporting exhibits; and

2. ECF No. 73, the Court's Order Granting BGE's Motion.

Defendant further states that attached as Exhibit 1 is the hand delivery receipt from our process servers; Exhibit 2 is a copy of the email to Change Health Systems, Inc.; Exhibit 3 is a photocopy of the envelope used for regular mail to Change Health Systems, Inc.; and Exhibit 4 is the certified mailing envelope to Change Health Systems, Inc. all transmitting the above documents.

Dated:  February 28, 2025

Respectfully submitted,

By: _____/s/_____
Lindsey A. White (Bar No. 29183)
Justin T. Liberatore (Bar No. 30277)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
Tel: (410) 415-2000
lindsey.white@jacksonlewis.com
justin.liberatore@jacksonlewis.com

*Attorneys for Defendant Baltimore Gas and*
*Electric Company*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2025, a copy of the foregoing was electronically filed and thereby served upon:

Donald R. Huskey
Law Office of Donald R. Huskey LLC
9419 Lyonswood Drive
Owings Mills, Maryland 21117
dr.huskey@gmail.com
Governor Jackson, III
Law Office of Governor Jackson, III, LLC
400 E. Joppa Road, Suite 50
Towson, Maryland 21286
gjackson@governorjacksonlaw.com
*Attorneys for Plaintiff*

Anessa Abrams
FordHarrison LLP
2000 M Street, N.W., Suite 500
Washington, D.C. 20036
aabrams@fordharrison.com
*Attorneys for Defendant Whelan Security*
*Mid-Atlantic LLC d/b/a GardaWorld*
*Security Services d/b/a GardaWorld*

_____/s/_____
Lindsey A. White

4916-8825-0400, v. 1

3