# EXHIBIT A

VIA ELECTRONIC MAIL

May 23, 2025

Governor Jackson, III
The Law Office of Governor Jackson, III
400 E. Joppa Rd, Suite 302
Towson MD 21286
gjackson@governorjacksonlaw.com

Re: Yvette Cooper vs. Baltimore Gas & Electric, et al Case No.: 1:23-CV-03116

Dear Mr. Jackson:

Apple is in receipt of the April 14, 2025 letter sent on behalf of your client, Yvette Cooper, regarding a request to unlock her iPhone.

Apple's corporate office is not able to unlock an iPhone on behalf of a customer. Only the owner of a device may change the passcode of the device. If your client is able to access her Apple iCloud Account, <u>and her messages and data are backed up to iCloud</u>, the device can be reset. As you stated in your letter, this will wipe any local data off of the phone, as if the phone were new. But if the device has been backed up, she could then restore the information to her iPhone from the backup.

Please see our support pages on this topic. https://support.apple.com/en-us/118105

We hope this is helpful.

Sincerely,

Melissa Verne
Seconded Legal Counsel

**Apple**
One Apple Park Way
Cupertino, CA 95014

T 408 996-1010
F 408 996-0275