**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **YVETTE COOPER,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 1:23-CV-03116-JRR** |
| **BALTIMORE GAS and ELECTRIC COMPANY,** *et al.* | |
| **Defendant.** | |

**<u>LINE</u>**

Defendant Baltimore Gas and Electric Company ("BGE") hereby files this line advising the Court that Plaintiff Yvette Cooper has obtained her medical records from Change Health Systems and provided them to BGE. As such, the Motion at issue in ECF No. 65 is withdrawn.

Dated:  June 11, 2025

Respectfully submitted,

By:  _____/s/_____
Lindsey A. White (Bar No. 29183)
Justin T. Liberatore (Bar No. 30277)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
Tel: (410) 415-2000
lindsey.white@jacksonlewis.com
justin.liberatore@jacksonlewis.com

*Attorneys for Defendant Baltimore Gas and Electric Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2025, the attached was served via electronic mail to the individuals entitled to service.

/s/ _____

Justin T. Liberatore