**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

Yvette Cooper                                  *
2301 North Calvert Street
Baltimore, Maryland 21218

       *Plaintiff*                             *

vs.                                         Case Number 1:23-CV-03116

Baltimore Gas and Electric Company, et al.        *
2 Center Plaza
110 West Fayette Street
Baltimore, Maryland 21227
                                        *

       *Defendants*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>PLAINTIFF'S LINE INFORMING THE COURT THAT TAVON ROBERTS FAILED TO APPEAR FOR HIS DEPOSITION AFTER A NOTICE OF DEPOSITION AND A CIVIL SUBPEONA WAS POSTED AT HIS HOME ADDRESS AND REQUEST THAT THE COURT ADVISE THE CLERK'S OFFICE TO IMPOSE THE $5,000 FINE THAT WAS SUSPENED AFTER ROBERTS WAS HELD IN CONTEMPT</u>**

     Now comes the Plaintiff, Yvette Cooper by and through her undersigned attorneys, and files this notice that Tavon Roberts failed to appear at a deposition on August 27, 2025, noted for 11:00 a.m., at Planet Depos located at 7 St. Paul Place, Baltimore, Maryland 21202 after Notice of the Deposition and a Civil Subpoena, with a check for travel and expenses for him to appear was posted by private process service, Allen Ellison.  (Exhibit 1, Transcript of Proceeding and Exhibits). There is one correction to the statement on the record by Donald R. Huskey, who represents the Plaintiff. The transcript should reflect the prior service attempt by Allen Ellison to serve Robert's son at the residence and the second attempt was service by Donald R. Huskey Jr., by viewing an individual meeting the description of his son who entered the residence and advised him to leave the legal documents on the step. These services are properly reflected in the affidavits of record filed with the court.

     On August 27th, 2025, counsel for the parties waited for 30 minutes for Tavon Roberts to appear and he failed to do so or contact any attorney and advise that he would be late or could not appear. Therefore, the Plaintiff requests that the Court reimpose the $5,000 fine that was imposed and suspended and advise the clerk to record the fine.

     Plaintiff will await the further directions and orders of the court to secure the deposition of Tavon Roberts, which is critical to her prosecution of the case.

Respectfully submitted,

Donald Huskey /s/
Donald R. Huskey (Bar No. 22981
CPF NO. 0712010286
Law Offices of Donald R. Huskey LLC
9419 Lyonswood Drive
Owings Mills, Maryland 21117
443-929-1001
dr.huskey@gmail.com

Governor Jackson, III /s/
Governor Jackson, III (Bar No. 27673)
Law Office of Governor Jackson, III, LLC
400 E. Joppa Road,
Suite 50
Towson, Maryland  21286
(410) 528-5150
(410) 528-1055 (f)
gjackson@governorjacksonlaw.com
CPF #0412140364

## **CERTIFICATE OF SERVICE**

I hereby certify on this 13th day of September 2025, that I served the foregoing electronically to defense counsel of record.

_____/s/_____
Governor E. Jackson